FILED ✓ RECEIVED ___    LODGED ___ COPY
FEB 01 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Patrick W Logan Jr. T816861
Name and Prisoner/Booking Number

4th Floor 4thave E102
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Patrick W Logan Jr.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Scottsdale Detention,
(Full Name of Defendant)

(2) Scottsdale Police,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00220-PHX-DLR--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

(Jurey Demand)

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other:_____.

2.    Institution/city where violation occurred:_____.

3.

Revised 12/1/20                                    1                          **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Scottsdale Deontention_. The first Defendant is employed
as: _A scottsdale Deotention officer_ at _Scottsdale Jail & Court_.
                    (Position and Title)                                       (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____.
                    (Position and Title)                                       (Institution)

3. Name of third Defendant:_____. The third Defendant is employed
as:_____ at _____.
                    (Position and Title)                                       (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
                    (Position and Title)                                       (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _3_. Describe the previous lawsuits:

   a. First prior lawsuit:
     1. Parties: _Patrick Logan_ v. _MCSO Rofael Brunan_
     2. Court and case number:_____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
     1. Parties: _Patrick Logan_ v. _Phoeix Police_
     2. Court and case number:_____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
     1. Parties: _Patrick Logan_ v. _MCSO Staff & Paul Brunne_
     2. Court and case number:_____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _____

_____

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities              ☐ Mail                    ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings       ☐ Property                ☐ Exercise of religion       ☐ Retaliation
☑ Excessive force by an officer  ☐ Threat to safety        ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

on or about the 28 day of october 2022 why be removed
From the scottsdale court room two officer names at
this time unknown in the staff Thrown me Patrick w Logan J
to the floor and hit me once in the back Causing me
a lot of pain and I did not fight back i just let them
Know i had a Broken Cattre bone on my left side
I fill my rights have been violated by the staff
for use of excessive force By a officer at the court
and scottsdale police

I was throw on the Floor hit By staff
and put in a Dry cell with Cuffs on for almost
one hour with No reason

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Emotional pain, physical pain
Physical Damage To my side and Back.
hands and neck.

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                              ☐ Yes  ☑ No

b.  Did you submit a request for administrative relief on Count I?              ☐ Yes  ☑ No

c.  Did you appeal your request for relief on Count I to the highest level?      ☐ Yes  ☑ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. MCSO staff said I am not able too.

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____

2.  **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____

5.  **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?                                                   ☐ Yes      ☐ No
    2. Did you submit a request for administrative relief on Count II?      ☐ Yes      ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes      ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
    _____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____

_____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities               ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings        ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                              ☐ Yes      ☐ No
    2.  Did you submit a request for administrative relief on Count III?                ☐ Yes      ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?       ☐ Yes      ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm asking $10.000.000.00 Dollares
In damages and for pain suffering
and Emotionla Damages & Physical Damage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-20-2023___
                  DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ JAN 26 2023 _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____    _____

Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                                                    09/09/20